221 P.3d 519

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Rao v. Rao | 29312 | 12/11/2009 | Reversed & affirmed |
| Stoneridge Recoveries, LLC v. City & County of Honolulu, Dept. of Budget & Fiscal Services | 29228 | 12/14/2009 | Affirmed |
| Mahler v. County of Hawaii, Real Property Tax Div. | 29711 | 12/17/2009 | Affirmed |
| Cummings v. Roth | 28272 | 12/22/2009 | Vacated, remanded & affirmed |
| State v. Padeken | 28755 | 12/28/2009 | Affirmed |
| State v. Quillayen | 29121 | 12/30/2009 | Affirmed, vacated & remanded |